PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

### WESTERN DIVISION

U.S.A. vs. **TRACY A. QUINN**                              Docket No. **2:99CR20111-001**

**Petition on Probation and Supervised Release**

   **COMES NOW MARNIE KLYMAN PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Tracy A. Quinn who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at Memphis, TN on the 1st day of October, 1999, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. Substance abuse treatment/testing as directed by the Probation Office.
2. Maintain employment.
3. The defendant shall pay restitution in the amount of $7,729.50.  (Balance: $4,365.00)

  * Term of Supervised Release began January 3, 2003, in the Western District of Pennsylvania (Erie)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Matthew L. Rea, United States Probation Officer/District of Pennsylvania, who has been responsible for the supervision of Mr. Quinn, states Mr. Quinn will be unable to satisfy his outstanding restitution balance prior to his expiration date (January 2, 2006). Mr. Quinn has made sporadic payments due to being injured in an automobile accident and poor employment opportunities. He has paid a total of $3,464.50, and has made a good faith effort to satisfy the Court's order.

**PRAYING THAT THE COURT WILL ORDER** that Tracy A. Quinn's supervision terminate as scheduled on January 2, 2006, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

**ORDER OF COURT**

Considered and ordered this ___6___ day of ___Jan___, 200_6_, and ordered filed and made a part of the records in the above case.

Jon P. McCalla
United States District Judge

Respectfully,

Marnie Klyman
United States Probation Officer

**Place** Memphis, Tennessee

**Date** December 28, 2005